# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEVIN TAYLOR, | : | NO. 1:24-CV-01938 |
| Plaintiff, | : | |
| | : | (CAMONI, M.J.) |
| v. | : | |
| | : | |
| ANDREW BOBBY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is

**ORDERED** that:

(1)  The Defendants' motion to dismiss (doc. 32) is **GRANTED**;

(2)  The Amended Complaint (doc. 24), is dismissed without prejudice; and

(3)  The Plaintiff may file a second amended complaint in accordance with the Memorandum Opinion on or before **March 20, 2026**.

Date: February 20, 2026

s/ *Sean A. Camoni*
Sean A. Camoni
United States Magistrate Judge